IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-001359-BNB

LARRY ELEVTHERIOS JOHNSON,

    Plaintiff,

v.

MYELIN PRODUCTIONS,
SR. GREGORY A.N. COONS,
AXUM21ST GROUP GLOBAL,
RICHARD VAZ,
FRANCES VAZ,
SABRINA VAZ,
SUMMER BROOKE,
CHRIS ARTEMIS,
NANCY ARTEMIS,
ELIZABETH ARTEMIS,
MELANIE DAVIES,
KAMILA DAVIES,
KIMBERLEE PRATT,
NICOLLE STANIC,
ROMANEE STANIC,
KRISTA COX,
LAUREL JAMESON,
HAYES BYRD,
SHAWN NOLAN,
KAITLYN NOLAN, and
CHELSEA HUMPHREYS,

    Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

    Plaintiff, Larry Elevtherios Johnson, currently resides in Boulder, Colorado. Mr. Johnson, acting *pro se*, initiated this action by filing a Complaint and asserting violations of his U.S. rights under the Copyright Act of 1976, 17 U.S.C. §§ 102(a), 203(a)(b) and (d), 106(2), 501(a), and 506. Because the Complaint failed to comply with the pleading

requirements of Fed. R. Civ. P. 8, Magistrate Judge Boyd N. Boland directed Mr. Johnson to file an Amended Complaint, which he did on July 30, 2012.

The Court must construe the Amended Complaint liberally because Mr. Johnson is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court does not serve as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the Amended Complaint will be dismissed in part and ordered drawn in part.

Mr. Johnson asserts that Defendants Axum21st Group Global, Melanie Davies, Kamila Davies, Richard Vaz, Frances Vaz, Sabrina Vaz, Kimberlee Pratt, Chelsea Humphreys, Summer Brooke, Krista Cox, Kaitlyn Nolan, Nicolle Stanic, Romanee Stanic, and Elizabeth Artemis have claimed to be legal holders of the controlling interest in his copyrighted screenplays and have proceeded to negotiate with other entities or individuals to produce a movie based on the screenplays. Mr. Johnson also contends that Myelin Productions has agreed with the above named defendants to produce and direct a movie based on his screenplays. Mr. Johnson claims he has suffered general, special, and contractual damages due to Defendants' actions and seeks "liquidated contractual damages." Am. Compl., ECF No. 17, at 6. Mr. Johnson also requests that the Court impound all copies of his original works that Defendants have in their possession.

Nothing in the Complaint indicates that Defendants Sr. Gregory A.N. Coons, Chris Artemis, Nancy Artemis, Laurel Jameson, Shawn Nolan, or Hayes Byrd participated in the alleged copyright infringement or caused Mr. Johnson to incur contractual damages. These defendants, therefore, will be dismissed from the action.

As for remaining named defendants listed above, the Complaint and action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that named Defendants Sr. Gregory A.N. Coons, Chris Artemis, Nancy Artemis, Laurel Jameson, Shawn Nolan, and Hayes Byrd are dismissed as parties to the action. It is

FURTHER ORDERED that Mr. Johnson's claims against Defendants Axum21st Group Global, Melanie Davies, Kamila Davies, Richard Vaz, Frances Vaz, Sabrina Vaz, Kimberlee Pratt, Chelsea Humphreys, Summer Brooke, Krista Cox, Kaitlyn Nolan, Nicolle Stanic, Romanee Stanic, Elizabeth Artemis, and Myelin Productions, as described above, shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this  7th  day of     August    , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court