IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01359-WJM-KLM

LARRY ELEVTHERIOS JOHNSON,

    Plaintiff,

v.

MYELIN PRODUCTIONS,
AXUM21st GROUP GLOBAL,
RICHARD VAZ,
SUMMER BROOKE,
ELIZABETH ARTEMIS,
MELANIE DAVIES,
KAMILA DAVIES,
FRANCES VAZ,
SABRINA VAZ,
KIMBERLEE PRATT,
NICOLE STANIC,
ROMANEE STANIC,
KRISTA COX,
KAITLYN NOLAN, and
CHELSEA HUMPHREYS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Nicolle Stanic, Romanee Stanic, Elizabeth Artemis, Kimberlee Pratt, and Kaitlyn Nolan's (the "Actor Defendants") **Request for Clarification or Amendment of Minute Order** [Docket No. 74; Filed May 15, 2013] (the "Request"). On May 10, 2013, the Court issued an Order [#73] requiring Plaintiff to "respond to the pending motions to dismiss [##35, 38, 39, 50] by filing such response on the docket **on or before May 31, 2013**." *Order* [#73] at 2. As noted in the Request, on October 17, 2012, Plaintiff filed a response [##42, 43] to the Actor Defendants' Motion to Dismiss [#35]. Accordingly,

    IT IS HEREBY **ORDERED** that the Order entered on May 10, 2013 [#73] is hereby

amended.  Plaintiff shall respond to the pending motions to dismiss [##38, 39, 50] by filing such response on the docket **on or before May 31, 2013**.  **No extension of time will be granted on this deadline.**

Dated:  May 15, 2013