**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01359-WJM-KLM

LARRY ELEVTHERIOS JOHNSON,

    Plaintiff,

v.

ELIZABETH ARTEMIS,
MELANIE DAVIES,
KAMILA DAVIES,
KIMBERLEE PRATT,
NICOLE STANIC,
ROMANEE STANIC,
KAITLYN NOLAN,
RED LION HOTEL DENVER SOUTHEAST, and
KICKSTARTER.COM,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Adopting in Part July 12, 2013 Recommendation of Magistrate Judge, Granting in Part and Denying in Part Motions to Dismiss, *Sua Spone* Dismissing Remaining Defendants, and Closing Case, entered by the Honorable William J. Martínez, United States District Judge, on August 2, 2013,

    IT IS ORDERED that

    1.    The Magistrate Judge's Recommendation (ECF No. 84) is ADOPTED IN PART and REJECTED IN PART;

    2.    Defendants Melanie Davies and Kamila Davies Motion to Dismiss for Lack

of Subject Matter Jurisdiction (ECF No. 38) is DENIED;

3. Defendants Melanie Davies and Kamila Davies Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 50) is DENIED;

4. Defendants Nicolle Stanic, Romanee Stanic, Elizabeth Artemis, Kaitlyn Nolan and Kimberlee Pratt's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 35) is DENIED to the extent it seeks dismissal based on lack of personal or subject matter jurisdiction but GRANTED to the extent it seeks dismissal for failure to state a claim upon which relief could be granted;

5. Defendants Melanie Davies and Kamila Davies Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (ECF No. 39) is GRANTED;

6. Plaintiff's copyright claims against Defendants Nicolle Stanic, Romanee Stanic, Elizabeth Artemis, Kaitlyn Nolan, Kimberlee Pratt, Melanie Davies, and Kamila Davies are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief could be granted;

7. Plaintiff's copyright claims against Defendants Red Lion Hotel Denver Southeast and Kickstarter.com are *sua sponte* DISMISSED WITH PREJUDICE for failure to state a claim upon which relief could be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii);

8. The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's state law claims and Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE;

9. Defendants Melanie Davies and Kamila Davies counterclaim is DISMISSED as MOOT; and

10. Final Judgment is entered in favor of Defendants.

11. Defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.

Dated at Denver, Colorado this 5th day of May 2014.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk